**G. ERIC NIELSON (5327)**
**TODD WAHLQUIST (9893)**
*G. ERIC NIELSON & ASSOCIATES*
4790 South Holladay Boulevard
Salt Lake City, Utah 84117
Telephone: (801) 424-9088
Facsimile: (801) 438-0199
Email: ericnielson@ericnielson.com
　　　　toddwahlquist@ericnielson.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| VINCENT MASSA and KATHRYN MASSA, individually, as natural parents, and personal representatives of the Estate of DOMINIC MASSA, decedent, by and for the benefit of his heirs;<br><br>　　　Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; and IHC HEALTH SERVICES, INC. dba CEDAR CITY INSTACARE,<br><br>　　　Defendants. | **STIPULATION TO AMEND COMPLAINT**<br><br>Case No. 2:21-cv-00187-JCB<br><br>Magistrate Judge Jared C. Bennett |

　　　Plaintiffs, VINCENT MASSA and KATHRYN MASSA, individually, as natural parents, and personal representatives of the Estate of DOMINIC MASSA, decedent, by and for the benefit of his heirs; Defendant United States of America; and Defendant IHC Health Services, Inc. dba Cedar City InstaCare, by and through their respective counsels of record, hereby stipulate and agree to the filing of an Amended Complaint.

1

RESPECTFULLY SUBMITTED this 29th day of July, 2021.

**G. ERIC NIELSON & ASSOCIATES**

<u>/S/ Todd Wahlquist</u>
G. Eric Nielson
Todd Wahlquist
*Attorneys for Plaintiff*

**U.S. DEPARTMENT OF JUSTICE**
**DISTRICT OF UTAH**

<u>/S/ Amanda A. Berndt (with permission given via email on 7/29/2021)</u>
Amanda A. Berndt
Andrea T. Martinez
Jeffrey E. Nelson
*Attorneys for the United States of America*

**BURBIDGE, VAN KOMEN, TANNER & SCRUGGS**

<u>/S/ Nathan W. Burbidge (with permission given via email on 7/29/2021)</u>
Nathan W. Burbidge
Elliot B. Scruggs
*Attorneys for IHC Health Services, Inc. dba Cedar City InstaCare*

## PROOF OF SERVICE

I, certify, that on the 29th day of July 2021, the following individuals were served with a true and correct copy of the foregoing via the Court's e-filing system and email as follows:

Amanda A. Berndt
Andrea T. Martinez
Jeffrey E. Nelson
U.S. DEPARTMENT OF JUSTICE
DISTRICT OF UTAH
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
amanda.berndt@usdoj.gov
jeff.nelson@usdoj.gov
*Attorneys for the United States of America*


Nathan W. Burbidge
Elliot B. Scruggs
BURBIDGE, VAN KOMEN, TANNER & SCRUGGS
9067 South 1300 West, Suite 302
West Jordan, Utah 84088
nburbidge@bvktslaw.com
escruggs@bvktslaw.com
*Attorneys for IHC Health Services, Inc. dba Cedar City InstaCare*

                                              */S/ Dawn Riganto*
                                              Dawn Riganto
                                              Paralegal