G. ERIC NIELSON (5327)
TODD WAHLQUIST (9893)
*G. ERIC NIELSON & ASSOCIATES*
4790 South Holladay Boulevard
Salt Lake City, Utah 84117
Telephone: (801) 424-9088
Facsimile: (801) 438-0199
Email: ericnielson@ericnielson.com
        toddwahlquist@ericnielson.com
*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| VINCENT MASSA and KATHRYN MASSA, individually, as natural parents, and personal representatives of the Estate of DOMINIC MASSA, decedent, by and for the benefit of his heirs;<br><br>       Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA; IHC HEALTH SERVICES, INC dba CEDAR CITY INSTACARE and DOES I-X,<br><br>       Defendants. | **CERTIFICATE OF SERVICE OF PLAINTIFF'S RESPONSES TO DEFENDANT UNITED STATES' FIRST SET OF DISCOVERY REQUESTS DIRECTED TO PLAINTIFFS**<br><br>Case No.  12:21-cv-00187-JCB<br><br>Magistrate Judge Jared C. Bennett |

I hereby certify that on this 30th day of December 2021, I caused a true and correct copy of this Certificate of Service to be electronically filed and Plaintiffs Responses to Defendant United States' First Set of Discovery Requests Directed to Plaintiffs, upon the following via email:

1

Amanda A. Berndt
Andrea T. Martinez
Jeffrey E. Nelson
U.S. DEPARTMENT OF JUSTICE
DISTRICT OF UTAH
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
amanda.berndt@usdoj.gov
jeff.nelson@usdoj.gov
*Attorneys for the United States of America*

Nathan W. Burbidge
Elliot B. Scruggs
BURBIDGE, VAN KOMEN, TANNER & SCRUGGS
9067 South 1300 West, Suite 302
West Jordan, Utah 84088
nburbidge@bvktslaw.com
escruggs@bvktslaw.com
*Attorneys for IHC Health Services, Inc. dba Cedar City InstaCare*

   RESPECTFULLY SUBMITTED this 30th day of December, 2021.

                G. ERIC NIELSON & ASSOCIATES

                */s/ Todd Wahlquist*
                G. Eric Nielson
                Todd Wahlquist
                *Attorneys for Plaintiff*