Nathan W. Burbidge (11520)
nburbidge@bvktslaw.com
Elliot B. Scruggs (14528)
escruggs@bvktslaw.com
BURBIDGE, VAN KOMEN,
TANNER & SCRUGGS
Attorneys for Defendant
IHC Health Services, Inc.
Dba Cedar City Instacare
9067 South 1300 West, Suite 302
West Jordan, Utah 84088
Telephone: 385-831-1300

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## NORTHERN DIVISION

| | |
|---|---|
| VINCENT MASSA and KATHRYN MASSA, individually and as natural parents and heirs of DOMINIC MASSA, deceased; <br><br>     Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA; IHC HEALTH SERVICES, INC. dba CEDAR CITY INSTACARE and DOES I-X; <br><br>     Defendants. | **STIPULATION TO DISMISS THE COMPLAINT WITH PREJUDICE** <br><br> Case No. 2:21-cv-00187-JCB <br><br> Magistrate Judge: Jared C. Bennett |

    Plaintiffs Vincent Massa and Kathryn Massa, individually and as natural parents and heirs of Dominic Massa, deceased, and defendants United States of America and IHC Health Services, Inc. dba Cedar City Instacare (hereafter "the parties"), by and through respective counsel and pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice.

    The parties agree to bear their own costs and fees.

SO STIPULATED.

DATED this 18th day of October 2022.

DATED this 18th day of October 2022.

G. ERIC NIELSON & ASSOCIATES

BURBIDGE, VAN KOMEN,
TANNER & SCRUGGS

/s/ Todd Wahlquist *with permission*
Todd Wahlquist
Attorneys for Plaintiffs

Nathan W. Burbidge
Nathan W. Burbidge
Elliot B. Scruggs
Attorneys for Defendant
IHC Health Services, Inc. dba
Cedar City Instacare

DATED this 18th day of October 2022.

/s/ Amanda A. Berndt *with permission*
Jeffrey E. Nelson
Amanda A. Berndt
Attorneys for the United States of America